IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY TODD GIBSON, # 17658-032, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 3:21-cv-01478-SMY |
| | ) |
| UNKNOWN PARTY, | ) |
| | ) |
|       **Defendant.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Jay Todd Gibson, an inmate in the Federal Bureau of Prisons - Marion, forwarded a letter addressed to the Chief Judge of this District seeking injunctive relief. (Doc. 1). Out of an abundance of caution, the Clerk of Court opened a case on his behalf. This matter is now before the undersigned for case management.

"A civil action is commenced by filing a complaint with the court." FED. R. CIV. P. 3. But Gibson's letter cannot be considered an adequate Complaint. While *pro se* litigants are not held to the same standards as licensed attorneys, they are not entitled to general dispensation from the rules of procedure. *See Jones v. Phipps*, 39 F.3d 158, 163 (7th Cir. 1994). Additionally, a party initiating civil litigation is required to either pay the filing fee or file a motion requesting *in forma pauperis* status. Gibson has done neither. Moreover, because there is no operative Complaint stating a colorable claim against a defendant, Gibson fails to make a "clear showing" that he is entitled to injunctive relief. *See Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997).

**Accordingly**, the request for injunctive relief is **DENIED without prejudice**. Further, this action **will be dismissed** unless a proper Complaint is filed within 30 days of the date of this Order. Along with the filing of a Complaint, the full filing fee of $402.00 must be paid or a Motion

for Leave to Proceed *In Forma Pauperis* ("IFP motion") filed along with a certified copy of a Trust Fund Statement for the 6-month period immediately preceding the filing of this action. Failure to do so will **result in dismissal** of this action under Federal Rule of Civil Procedure 41(b). To enable Gibson to comply with this Order, the Clerk of Court is **DIRECTED** to provide him with a civil rights complaint form and an IFP motion form.

Gibson is **ADVISED** that he is under a continuing obligation to keep the Clerk of Court informed of any change in his address; the Court will not independently investigate his whereabouts. This shall be done in writing and not later than **7 days** after a transfer or other change in address occurs. Failure to comply with this order will cause a delay in the transmission of court documents and may result in dismissal of this action for want of prosecution. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

DATED:   November 29, 2021

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**