IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY TODD GIBSON, #17658-032, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:21-cv-01478-SMY |
| UNKNOWN PARTY, | ) ) ) |
| Defendant. | ) ) |

# ORDER DISMISSING CASE

**YANDLE, District Judge:**

This case was initiated when Plaintiff Jay Todd Gibson, an inmate in the Federal Bureau of Prisons, submitted a letter to the Chief Judge in this District seeking injunctive relief. (Doc 1). The Court ordered Plaintiff to file a proper Complaint and pay the filing fee (or file a Motion for Leave to Proceed *In Forma Pauperis*) within thirty days of November 29, 2021 or the action would be dismissed. (Doc. 4). The deadline has passed and Plaintiff has not complied with the Court's Order or requested an extension of time.

Accordingly, this case is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Court's Order and failure to prosecute his claim. Fed. R. Civ. P. 41(b). The Clerk of the Court is **DIRECTED** to enter final judgment and to close this case.

Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED:  January 18, 2022**        *s/ Staci M. Yandle*
                                     **STACI M. YANDLE**
                                     **United States District Judge**